NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DESMOND JUSTIN MURRAY,                )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-3031
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed May 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Dane K. Chase of Chase Law Florida,
P.A., St. Petersburg, for Appellant.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and BLACK, JJ., Concur.